JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA CARAZO; MARLENE ARGENAL; and CREDENIC COMPANY, a limited company formed under the laws of Nicaragua,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SAMUEL MORIAH NATT, II; PACIFIC ASIAN ATLANTIC FOUNDATION, a California corporation; BENJAMIN JOHNSON; SECURE CAPITAL CORPORATION, a California corporation; KARLA VASQUEZ; LUIS FARINA GUTIERREZ, and DOES 1 THROUGH 10, inclusive,<br><br>    Defendants. | CASE NO.: CV 11-3075-GW(JCGx)<br>(The Hon. George Wu)<br><br>**FINAL JUDGMENT** |

Pursuant to: Defendant Bennie Johnson also known as Benjamin Johnson's Offer of Judgment (FRCP 68) dated May 14, 2015; Plaintiffs Angela Carazo, Marlene Argenal, and Credenic Company, a limited company formed under the laws of Nicaragua's Acceptance of Defendant's Offer of Judgment (FRCP 68) dated May 15, 2015; and this Court's review and approval of the Notice of Acceptance of Offer of Judgment in its Civil Minutes – General dated May 18, 2015, the Court hereby enters final judgment in this matter as follows:

I.  **MONETARY JUDGMENT**

   (1)   Plaintiffs Angela Carazo, Marlene Argenal, and Credenic Company, a limited

company formed under the laws of Nicaragua shall have judgment from defendant Bennie Johnson also known as Benjamin Johnson in the amount of $250,000.00 plus post judgment interest together with costs;

(2) This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332.

Dated:  June 11, 2015

_____
GEORGE H. WU, U.S. District Judge

Presented by:

Padilla & Associates

  /s/  Stephen M. Padilla_____
Stephen M. Padilla
3020 Old Ranch Parkway,
Suite 300
Seal Beach, CA 90740
Tel. 562-799-5567
Fax. 562-596-0900
Email: smpadillas@earthlink.net